IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02676-BNB

THOMAS WARREN RAY,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff has filed a request for copies of forms (ECF No. 4) to comply with the Court's October 11, 2012 Order directing him to cure deficiencies in this action. The request is **granted**, as follows.  It is

    HEREBY ORDERED that the Clerk of the Court shall mail to Plaintiff copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1916 and Prisoner Complaint forms.  It is

    FURTHER ORDERED that Plaintiff shall comply with the October 11, 2012 Order Directing Plaintiff to Cure Deficiencies **on or before December 26, 2012.**

Dated:  November 26, 2012