IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02676-BNB

THOMAS WARREN RAY,

     Plaintiff,

v.

[NO DEFENDANTS NAMED],

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     On December 26, 2012, Plaintiff filed a letter with the Court (ECF No. 10), requesting that the Clerk of the Court send him copies of the court-approved Prisoner Complaint forms.  The Court's docketing system reflects that the Clerk mailed copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms to Plaintiff on November 26, 2012.  (ECF No. 6).  Mr. Ray does not explain what happened to those forms or why he needs additional forms.  Without such explanation, the Court will not send Plaintiff any additional forms at this time.  Accordingly, it is

     ORDERED that Plaintiff's request for forms (ECF No. 10) is **denied**.  Plaintiff shall obtain copies of the court-approved forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

     FURTHER ORDERED that Mr. Ray shall comply with the October 11, 2012 Order Directing Plaintiff to Cure Deficiencies **on or before February 14, 2013.**  It is

     FURTHER ORDERED that Plaintiff's Motion to Be Placed in the Federal Witness Protection Program (ECF No. 9) is **denied**.

Dated:  January 14, 2013